1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   ADAM D. ROSSI
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: adam.rossi2@usdoj.gov
6  Attorneys for Plaintiff

**FILED**

2024 AUG 28  PH 3: 06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

7            IN THE UNITED STATES DISTRICT COURT

8               FOR THE DISTRICT OF ARIZONA

9
    United States of America,                    **CR24-05615 TUC-SHR(JR)**
10
                      Plaintiff,
11                                               **I N D I C T M E N T**

12        vs.                          VIO:   18 U.S.C. § 933(a)(3)
                                              (Trafficking in Firearms)
13  Daniel Pina, -001,                         Count 1
    Counts 1, 2-11
14                                            18 U.S.C. §§ 922(a)(6) and
                                              924(a)(2)
15  Richard Anthony Defour, -002,             (Material False Statement
    Counts 1, 2-4,                            During the Purchase of a Firearm)
16                                            Counts 2 – 11

17  Rolando Jose Hernandez, -003,             18 U.S.C. § 2(a)
    Counts 1, 5-8,                             (Aiding and Abetting the
18                                             Commission of an Offense)
    Mark Anthony Molina, -004,                 Counts 2 – 11
19  Counts 1, 9-11,

20                    Defendants.            18 U.S.C. §§ 924(d) and
                                             934(a)(1)(A);
21                                           28 U.S.C. § 2461(c)
                                             (Forfeiture Allegation)

22  **THE GRAND JURY CHARGES**:

23                         <u>**COUNT 1**</u>

24        On or about March 2, 2024, in the District of Arizona, Defendants DANIEL PINA,

25  RICHARD ANTHONY DEFOUR, ROLANDO JOSE HERNANDEZ, and MARK

26  ANTHONY MOLINA, did receive from another person, in or otherwise affecting interstate

27  or foreign commerce, firearms, to wit: eight (8) Century Arms, model VSKA, 7.62x39mm

28  caliber rifle, and two (2) Pioneer, model Sporter Side Folder, 7.62x39mm caliber rifles,

1  knowing or having reasonable cause to believe that such receipt would constitute a felony,

2  or did attempt or conspire to do so.

3      All in violation of Title 18, United States Code, Section 933(a)(3).

### COUNTS 2 – 4

5      On or about the dates listed below, in the District of Arizona, the defendant,

6  RICHARD ANTHONY DEFOUR, in connection with the acquisition of firearms,

7  knowingly made false statements and representations to the businesses listed below, which

8  were intended and likely to deceive the business as to a fact material to the lawfulness of a

9  sale of a firearm by the business, each of which was licensed under the provisions of

10  Chapter 44 of Title 18, United States Code, with respect to information required by the

11  provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each

12  business listed below, in that the defendant, in connection with the purchase of each of the

13  firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in

14  truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 2 | 03/02/2024 | Bear Arms Firearm | One (1) Pioneer, model Sporter Side Folder, 7.62x39mm caliber rifle |
| 3 | 03/02/2024 | Baseline Pawn | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 4 | 03/02/2024 | Armor Bearer Arms, LLC | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |

22      Defendant DANIEL PINA aided, abetted, counseled, commanded, induced, and

23  procured such false and fictitious statement.

24      In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

### COUNTS 5 – 8

26      On or about the dates listed below, in the District of Arizona, the defendant,

27  ROLANDO JOSE HERNANDEZ, in connection with the acquisition of firearms,

28  knowingly made false statements and representations to the businesses listed below, which

were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 5 | 03/02/2024 | Armor Bearer Arms, LLC | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 6 | 03/02/2024 | Bear Arms Firearms | One (1) Pioneer, model Sporter Side Folder, 7.62x39mm caliber rifle |
| 7 | 03/02/2024 | Baseline Pawn | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 8 | 03/02/2024 | Baseline Pawn | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |

Defendant DANIEL PINA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNTS 9 – 11

On or about the dates listed below, in the District of Arizona, the defendant, MARK ANTHONY MOLINA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in

that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 9 | 03/02/2024 | Baseline Pawn | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 10 | 03/02/2024 | Armor Bearer Arms, LLC | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 11 | 03/02/2024 | Armor Bearer Arms, LLC | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |

Defendant DANIEL PINA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Eleven of the Indictment, the defendants, DANIEL PINA, RICHARD ANTHONY DEFOUR, ROLANDO JOSE HERNANDEZ, and MARK ANTHONY MOLINA, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); and (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, pursuant to Title 18, United States Code, Section 934(a)(1)(A).

The property to be forfeited includes, but is not limited to: eight (8) Century Arms, model VSKA, 7.62x39mm caliber rifles, serial numbers SV7147130, SV7146606, SV7146589, SV7145055, SV7145791, SV7147227, SV7147062, and SV7147333; two (2) Pioneer, model Sporter Side Folder, 7.62x39mm caliber rifles, serial numbers PAC1188231 and PAC1188416; and $4,968 in United States currency.

*United States of America v. Daniel Pina, et al.*
*Indictment Page 4 of 5*

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Sections 924(d) and 934(a)(1)(A), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 28, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Daniel Pina, et al.*
*Indictment Page 5 of 5*